# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICROLOG CORP., | § | |
| Plaintiff, | § | CIVIL ACTION NO. _____ |
| v. | § | |
| NEC AMERICA, INC. | § | **JURY TRIAL DEMANDED** |
| Defendant. | § | |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff MICROLOG CORP., ("Plaintiff" or "Microlog"), files this Complaint against NEC AMERICA, INC. ("Defendant" or "NEC") for infringement of U.S. Patent No. 7,092,509 ("the '509 patent").

## I. THE PARTIES

1. Plaintiff Microlog is a corporation organized and existing under the laws of the State of Maryland and headquartered in Gaithersburg, Maryland.

2. Defendant NEC is a corporation organized and existing under the laws of the State of Delaware. Defendant has established an agent for service of process at Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808.

## II. JURISDICTION AND VENUE

3. This is an action for patent infringement arising under 35 U.S.C. §§ 271, 281, and 284-285, among others. This Court has exclusive jurisdiction over the subject matter of this action under 28 U.S.C. §§1331 and 1338(a).

1

4. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(c) and 1400(b). On information and belief, Defendant is organized and incorporated under the laws of this judicial district, is deemed to reside in judicial district, has committed acts of infringement in this judicial district, has purposely transacted business involving their accused products in this judicial district, and/or has regular and established places of business in this judicial district.

5. Defendant is subject to this Court's specific and general personal jurisdiction pursuant to due process as Defendant is organized and incorporated under the laws of this state. Defendant has also established minimum contacts with the forum state of Delaware. This includes, but is not limited, offering its services to businesses and residents of Delaware and by operating and conducting business over their Internet website that is accessible to residents of Delaware, namely www.necam.com. Thus, Defendant has purposefully availed ifself of the benefits of the state of Delaware and the exercise of jurisdiction is proper.

### III.  FACTUAL ALLEGATIONS
### MICROLOG

6. Microlog has provided call and contact center management to public and private sector clients for over 40 years. It is a pioneer in the field of integrated all-in-one contact management centers that support multiple communication media. Its customers have included the United States Army, the United States Navy, the Veterans Administration, Scientific Games, and the Internal Revenue Service.

7. Microlog's patented system and method enables companies to efficiently deal with and control the flow of the multiple types of media communication received from its customers. Communication today takes many forms: fax, email, letters, and voice—multimedia

call centers are necessary to handle these varying types of customer input and are revolutionizing how companies handle customer service. Microlog initially released its system and method under the product name "uniQue" to reflect the unique nature of its common queue approach to customer communication routing.

8. Microlog's uniQueAgent™ product was awarded the "Best in Show" award at the Computer Telephony Demo exhibition held in September 1998. The award was given to Microlog in recognition of the invention that would ultimately be awarded the '509 patent. Commentators noted that Microlog's product was on the "leading edge" as one of the "most important products shown at CT Demo/Expo Fall 98." *See Teleconnect* Nov. 1998, "Best of Show Picks," a true and correct copy of which is attached hereto as **Exhibit A**. Other commentators awarded the uniQue product their "Best Call-Center Innovation" award and noted that Microlog was "taking more than just voice into the ACD, and going beyond even blended media. It sounds kind of pie-in-the-sky, but they made it work for us on the floor." *See Computer Telephony* Nov. 1998, "The Best of CT Demo & Expo 98," a true and correct copy of which is attached hereto as **Exhibit B**.

9. In addition to the '509 patent, Microlog has been awarded eight other patents in the call and contact center management field over the past 20 years. Its patents are frequently cited by others in the industry for their novelty and contributions to the field.

### IV. PATENT INFRINGEMENT
### COUNT I — INFRINGEMENT OF U.S. PATENT 7,092,509

10. Plaintiff is the assignee of the '509 patent, entitled "CONTACT CENTER SYSTEM CAPABLE OF HANDLING MULTIPLE MEDIA TYPES OF CONTACTS AND

METHOD FOR USING THE SAME," with ownership of all substantial rights. Among other rights, Plaintiff has the exclusive right to exclude others, the exclusive right to enforce, sue and recover damages for past and future infringements, the exclusive right to settle any claims of infringement, and the exclusive right to grant sublicenses, including the exclusive right to exclude NEC, the exclusive right to sue NEC, the exclusive right to settle any claims with NEC, and the exclusive right to grant a sublicense to NEC.  A true and correct copy of the '509 patent is attached as **Exhibit C**.

11.  NEC has infringed and continues to directly infringe one or more claims of the '509 patent in this judicial district and elsewhere in the United States by, among other things, making, having made, using, offering for sale, and/or selling infringing products and services. At a minimum, NEC has been, and now is, directly infringing claims of the '509 patent, including (for example) at least claim 1, by making, having made, and/or using its system(s) that receive and distribute  contacts of different media types to a plurality of workstations.

12.  NEC has indirectly infringed the '509 patent by inducing the infringement of the '509 patent and contributing to the infringement of the '509 patent. NEC has actively and knowingly induced infringement of the '509 patent by providing its customers and others with detailed explanations, instructions, information, and support services related to arrangements, applications, and uses of its products and services that promote and demonstrate how to use its products and services in an infringing manner, and upon information and belief, those customers and others have used the products and services in an infringing manner.

13.  Plaintiff has been damaged as a result of NEC's infringing conduct.  NEC is, thus, liable to Plaintiff in an amount that adequately compensates it for NEC's infringements, which,

by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

## V. JURY DEMAND

Plaintiff hereby requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

## VI. PRAYER FOR RELIEF

Plaintiff requests that the Court find in its favor and against NEC, and that the Court grant Plaintiff the following relief:

A. Judgment that one or more claims of U.S. Patent No. 7,092,509, have been infringed, either literally and/or under the doctrine of equivalents, by Defendant;

B. That the Court award damages adequate to compensate Microlog for the patent infringement that has occurred, together with prejudgment and post-judgment interest and costs, and an ongoing royalty for continued infringement; and

C. That the Court permanently enjoin Defendant, its affiliates, agents, servants, employees, attorneys, representatives, successors and assigns, and all others in active concert or participation with them from infringing the Patent-in-Suit;

D. That the Court awards such other relief as this Court deems just and proper.

Dated: January 15, 2014                             Respectfully submitted,

                                                          FARNAN LLP

                                                          /s/ Brian E. Farnan
                                                          Brian E. Farnan (Bar No. 4089)
                                                          Michael J. Farnan (Bar No. 5165)
                                                          919 North Market Street

*Of Counsel*                                               12th Floor
                                                          Wilmington, DE 19801
Jay D. Ellwanger                                 Telephone: 302-777-0300
Stefanie T. Scott                                 Facsimile:  302-777-0301
**DiNovo Price Ellwanger & Hardy LLP**     bfarnan@farnanlaw.com
7000 North MoPac Expressway
Suite 350
Austin, Texas  78731
(512) 539-2626 (phone)
(512) 539-2627 (fax)
jellwanger@dpelaw.com
sscott@dpelaw.com                               **ATTORNEYS FOR PLAINTIFF**
                                                          **MICROLOG CORP**